CHARLES N. SHEPHARD (SBN 078129)
cshephard@greenbergglusker.com
AARON J. MOSS (SBN 190625)
amoss@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
TOHO CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHO CO., LTD, | Case No. CV 11-01013 SVW (CWx) |
| Plaintiff, | Assigned to: Hon. Stephen V. Wilson |
| v. | |
| AMERICAN HONDA MOTOR CO., INC.; RUBIN POSTAER AND ASSOCIATES, INC., THOUGHT EQUITY MOTION, INC.; and DOES 1 through 10, inclusive, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

84800-00088/1776082.1

NOTICE OF VOLUNTARY DISMISSAL

TO THE COURT AND ALL PARTIES:

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Toho Co., Ltd. is hereby dismissing this action, with prejudice, against all defendants, with all parties bearing their respective fees and costs.

DATED: April 27, 2011

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Charles N. Shephard
    CHARLES N. SHEPHARD
    Attorneys for Plaintiff
    TOHO CO., LTD.

84800-00088/1776082.1

1

NOTICE OF VOLUNTARY DISMISSAL